Start Date 1/21/2018
Start Time 1:19am
CASE 0:18-cv-00211-ADM-DTS Document 1 Filed 01/24/18 Page 1 of 2
Complaint/Law Suit RECEIVED
JAN 24 2018
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
18-CV-211
SCANNED
JAN 25 2018
U.S. DISTRICT COURT MPLS

I Ardell Levert Jenkins Demand an Jury trial. also would like an complaint law suer against Minneapolis Police officers who work at Cub Foods on July 15 2016 at around 5:30 P.m. one was African American light skinned (carmel complexion) bald about 5"10' 190lb or so early 40's or late 30's alone with 2x Cacasion officer one look mid to early 40's dark hair about 6 feet 200lb the othe about 5"10" 210 I cant remember totally

this is an federal question Jurisdiction
this is an civil matter
I would like for the venue to be held in minneapolis
I would like to File for forma Propurse do to my lact of funds and no account
I would like to File charges such as Robbery, attemp of murder, emotional distress

I was robbed and attack by 5 or 6 African American males on 21 and bryant Ave north I ran to cub Foods on west broadway and Lyndale Ave. North, I call the Police and was hung up on I call again and was told the Police was outside I believe. So I went when I seen the cops I start to tell them what happen, then I seen 2x of the male that rob me I pointed them out, in front of the cub food entrance

one of my attackers wore my hat, I wore no shirt. I had blood on my face mouth pants arms and no arrest happen on camera

I would like a cash relief at an animus amount for my safty and well being Please keep confidential Please. Sincerly

*Ardell Jenkins*

Finish Date 1/21/2018
Finish Time 423 AM