UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARDELL LEVERT JENKINS,                    CIVIL NO. 18-211 (ADM/DTS)

    Plaintiff,

v.                                                                ORDER

MINNEAPOLIS POLICE OFFICERS,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 29, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Ardell Levert Jenkins [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 18, 2018

                                      s/Ann D. Montgomery
                                      ANN D. MONTGOMERY
                                      United States District Judge